**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 12, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00135-CR

---

## IN RE DAVID MARK TEMPLE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1662171**

---

## MEMORANDUM OPINION

On February 11, 2020, relator David Mark Temple filed a "Petition for Writ of Mandamus, Writ of Prohibition, or Stay of Trial" in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kelli Johnson, presiding judge of the 178th District Court of Harris County, to vacate the February 5, 2020 order denying relator's request to stay the trial scheduled for March 26, 2020, and to stay the trial.

To be entitled to mandamus relief in a criminal case, the relator must show that (1) relator has no adequate remedy at law for obtaining the relief the relator seeks and (2) what relator seeks to compel involves a ministerial act rather than a discretionary act. *In re Powell*, 516 S.W.3d 488, 494–95 (Tex. Crim. App. 2017). A writ of prohibition must meet the same standards as a writ of mandamus. *See In re Medina,* 475 S.W.3d 291, 297 (Tex. Crim. App. 2015). Relator has not presented separate grounds for a stay of trial.

Because relator has not met the requirements for either a writ of mandamus or a writ of prohibition or presented grounds for a stay of trial, we deny relator's petition.

The real party-in-interest, the State of Texas, filed a motion to suspend the rules of appellate procedure to accelerate and expedite this proceeding. Having ruled on relator's requests for relief in this original proceeding, we deny this motion as moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).